UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Giuseppa M., | File No. 24-cv-3365 (ECT/SGE) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Frank Bisignano, *Commissioner of Social Security*, | |
| Defendant. | |

Magistrate Judge Shannon G. Elkins issued a Report and Recommendation on May 27, 2025. ECF No. 18. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 18] is **ACCEPTED**;

2. Plaintiff's request for reversal and remand of the Commissioner's decision [ECF No. 12] is **DENIED**;

3. Defendant's request to affirm the Commissioner's decision [ECF No. 17] is **GRANTED**; and

4. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 11, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court